In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-08-304 CR


____________________



DENARIUS DARTIZ GUILLORY, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the 252nd District Court


Jefferson County, Texas


Trial Cause No. 94533






 MEMORANDUM OPINION


 On July 24, 2008, we notified the parties that our jurisdiction was not apparent from
the notice of appeal, and notified them that the appeal would be dismissed for want of
jurisdiction unless we received a response from showing grounds for continuing the appeal. 
Appellant filed a response in which he addresses the merits of his appeal without establishing
this Court's jurisdiction.


 The notice of appeal seeks to appeal the trial court's order denying appellant's motion
for judgment nunc pro tunc. See Everett v. State, 82 S.W.3d 735, 735 (Tex. App.-Waco
2002, pet. ref'd) (Court of Appeals does not have jurisdiction over appeal from order denying
a request for judgment nunc pro tunc.). Accordingly, we hold that the order from which
appellant appeals is not appealable. We dismiss the appeal for want of jurisdiction.

 APPEAL DISMISSED FOR LACK OF JURISDICTION.



 _________________________________

 HOLLIS HORTON

 Justice 



Opinion Delivered September 10, 2008 

Do Not Publish

Before McKeithen, C.J., Gaultney and Horton, JJ.